Michael R. Gonzales, Esq., SBN 261302
Stephen T. Hicklin, Esq., SBN 136568
Erica T. Loftis, Esq., SBN 259286
**BUCKLEY MADOLE, P.C.**
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Phone: (562) 983-5375
Facsimile: (562) 983-5375
Erica.Loftis@BuckleyMadole.com

Attorneys for Defendants,
Specialized Loan Services, LLC
NBS Default Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce S. Portner<br>Kimberly L. Portner<br><br>           Plaintiff(s),<br><br>      vs.<br><br>Specialized Loan Services, LLC<br>NBS Default Services, LLC<br>,<br>           Defendants. | CASE NO.:   3:15-cv-01736-VC<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br>AND ORDER<br>**Date:  5/5/2015**<br>**Time:  10:00 am**<br>**Courtroom 4, 17th Floor**<br>**Hon. Judge: Vince Chhabria** |

I, Stephen T. Hicklin, Esq., am the Attorney for Specialized Loan Services, LLC and NBS Default Services, LLC. I ask the Court to allow me, Stephen T. Hicklin, Esq., to appear telephonically through telephone number (562)983-5367 on May 5, 2015 at 10:00 a.m. in Courtroom 4 of the above-named Court for the Case Management Conference. I would like the Court to consider the following information in making its decision whether to allow a telephone appearance. I reside in Orange County and my place of business is located in Los Angeles County in California, which is approximately five hundred sixty seven (567) miles from the above courthouse where the hearing is set. I further request the court to allow a telephone appearance as a professional courtesy, due to the distance in travel, and costs it would require for myself to personally appear.

1  I have filed this request at my earliest convenience due to the sudden notice of this
2  hearing and have served or will serve all parties and attorneys, if any, with this request by
3  personal delivery, fax, express mail, or other reasonable means to secure delivery by the close of
4  the next court day after filing.

5  I agree to be responsible for the costs and arrangements of this telephone appearance if
6  required by the Court.

7  I declare under penalty and perjury under the laws of the State of California that the
8  foregoing is true and correct.

Date: April 30, 2015                              BUCKLEY MADOLE, P.C.

                                                  /s/Stephen T. Hicklin Esq.
                                                  Attorney for ~~Plaintiff~~
                                                              Defendant

```
Mr. Hicklin's request to appear telephonically at the case management
conference is granted. Because the defendant is appearing
telephonically all parties must appear by phone. The time for the
hearing will be 11:00 a.m. on May 5, 2015 and Mr. Hicklin's office is
required to provide the Court and plaintiffs a telephone conference
line to use on the date of the hearing by no later than Friday, May
1, 2015 at 4:00 p.m. via email with all parties included on the
email.

Date: May 1, 2015
```

IT IS SO ORDERED

Judge Vince Chhabria

-2-
Telephonic Appearance Request