# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE S. PORTNER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICES, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-01736-VC<br><br>**ORDER** |

At the case management conference, the defendants agreed not to proceed with the foreclosure sale until after the Court rules on the plaintiffs' motion for a preliminary injunction. The defendants' opposition to that motion is due May 19, 2015. Any reply by the plaintiffs is due May 27, 2015. A hearing on the motion will take place June 4, 2015 at 10:00 a.m. in Courtroom 4.

**IT IS SO ORDERED.**

Dated: May 5, 2015

VINCE CHHABRIA
United States District Judge