Name: Bruce Portner and Kimberly Portner
Address: 2122 Centro East
Tiburon, California 94920
Phone Number: 415-519-3503
E-mail Address: lportner@aol.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Portner<br>Kimberly Portner<br><br>Plaintiff,<br><br>vs.<br>Specialzied Loan Servicing LLC, NBS Default Services, US Bank NA<br><br>Defendant. | Case Number: 15-cv-01736-VC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: May 8, 2015

*IT IS SO ORDERED*
*Judge Vince Chhabria*