UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SETH PORTNER, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SPECIALIZED LOAN SERVICES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-01736-VC   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: September 8, 2015<br>Mediator: Howard Herman |

IT IS HEREBY ORDERED that the request to excuse defendants U.S. Bank, N.A. and NBS Default, LLC from appearing in person at the September 8, 2015, mediation before Howard Herman is GRANTED. The excused defendants shall actively participate by telephone throughout the mediation, even if after normal business hours in their respective cities at the discretion of the mediator, as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: August 31, 2015

Maria-Elena James
United States Magistrate Judge