UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SETH PORTNER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICES, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-01736-VC<br><br>**ORDER RE DISCOVERY ISSUES; DEADLINE TO FILE AMENDED COMPLAINT** |

The Court rules as follows on the discovery issues presented at today's case management conference:

(1) The defendants must conduct a reasonable email search and cannot rely on the assertion that they are not likely to have email communications about the plaintiffs' loan.  The defendants must provide the plaintiffs with a proposal for narrowing the list of custodians for whom an email search must be conducted, and a proposal for the keywords to use in the search, by Wednesday, May 11, 2016 at 5 p.m.  The plaintiffs must respond to those proposals by no later than Friday, May 13, 2016 at noon.

(2) Counsel for the defendants has represented that he has produced all documents responsive to the plaintiffs' request for documents reflecting compensation to SLS regarding the servicing of their loan.

(3) The defendants must provide to the plaintiffs, by Wednesday, May 11, 2016 at 5 p.m., the names of the attorneys who participated in the communications that the defendants claim are privileged.

(4) Counsel for the defendants has represented he has produced all documents reflecting

policies and procedures regarding the servicing of the subject loan.

The last day to file an amended complaint is May 24, 2016.

**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
VINCE CHHABRIA
United States District Judge