UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SETH PORTNER, et al., | Case No.  15-cv-01736-VC |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| SPECIALIZED LOAN SERVICES, LLC, et al., | |
| Defendants. | |

The plaintiffs are ordered to provide every page of every requested bank statement, in unredacted form, to the defendants.  The deadline for providing any page of any bank statement currently in the plaintiffs' possession is September 16, 2016.  The deadline for providing any page of any bank statement not currently in the plaintiffs' position is September 23, 2016 (to give the plaintiffs additional time to get them from the banks).  The discovery cutoff is extended to October 10, 2016, to permit the defendants to conduct additional discovery relating to the bank statements if necessary.  This includes re-opening the depositions of the plaintiffs if necessary.

The plaintiffs are ordered to provide every page of the requested tax returns and income statements, unredacted, by September 16, 2016.  The discovery cutoff is extended to October 10, 2016, to permit the defendants to conduct additional discovery relating to the requested tax returns and income statements if necessary. This includes re-opening the depositions of the plaintiffs if necessary.

The plaintiffs must produce every page of every requested credit report, unredacted, by September 16, 2016.  The discovery cutoff is extended to October 10, 2016, to permit the defendants to conduct additional discovery relating to the requested credit reports if necessary.

This includes re-opening the depositions of the plaintiffs if necessary.

The discovery cutoff is extended to October 10, 2016 to permit the defendants to conduct discovery relating to the medical professionals identified by the plaintiffs.

This ruling serves as a final warning to the Portners that they must be reasonable in responding to the defendants' discovery requests.  Any further failure to conduct themselves in a reasonable manner (in connection with discovery or any other matter pertaining to this litigation) will result in sanctions.

**IT IS SO ORDERED.**

Dated:  September 9, 2016

_____

VINCE CHHABRIA
United States District Judge