UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE SETH PORTNER, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>SPECIALIZED LOAN SERVICES, LLC, et al.,<br><br>        Defendant. | Case No. 15-cv-01736-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised that the parties resolved this case in a settlement conference before Judge Kim. *See* Dkt. 139. The parties confirmed this understanding in today's case management conference. *See* Dkt. 145. It is therefore ordered that this case is dismissed without prejudice. Any remaining deadlines and hearings are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

    **IT IS SO ORDERED.**

Dated: November 16, 2016

_____
VINCE CHHABRIA
United States District Judge